THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LUTHER LEE, a/k/a LUTHER LEE CLARK, Defendant-Appellant.

(No. 58106;

First District (1st Division)—November 26, 1973.

PER CURIAM.
HALLETT, J., took no part.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.

ROBERT MONTGOMERY, SR., Plaintiff-Appellant, *v.* PHILIP BRAVOS *et al.*, Defendants-Appellees.

(No. 58154;

First District (1st Division)—November 26, 1973.